■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAWRENCE MARTIN, Appellant.—Appeal from judgment, Supreme Court, New York County (Harold Rothwax, J.), rendered on September 9, 1981, held in abeyance pending receipt of appellant's *pro se* brief on or before November 11, 1985, and

respondent's reply brief on or before November 28, 1985. No opinion. Concur—Kupferman, J. P., Sullivan, Fein, Kassal and Ellerin, JJ.